# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| EDWARD MILLER, JEROME MCDANIEL, MATTHEW DOWNING, and JASMINE WILDER, on behalf of themselves and all others similarly situated,<br><br>      Plaintiff<br><br>   v.<br><br>GOJO INDUSTRIES, INC. d/b/a PURELL<br><br>      Defendant. | Case No. 20-cv-00562<br><br>JUDGE SOLOMON OLIVER, JR. |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Edward Miller, Jerome McDaniel, Matthew Downing, and Jasmine Wilder, voluntarily dismiss all claims against Defendant Gojo Industries, Inc. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), this dismissal is without prejudice.

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
4/16/2020

Respectfully Submitted

*/s/ Tim L. Collins*
Tim L. Collins (0033116)
Ezio A. Listati (0046703)
Thrasher, Dinsmore & Dolan
1111 Superior Ave., Ste 412
Cleveland, Ohio 44114
Telephone: 216.255.5431
Facsimile: 216.255.5450
Email: tcollins@tddlaw.com
Email: elistati@tddlaw.com

*Attorney for Plaintiffs*